IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| The Oklahoma Observer; Arnold Hamilton; Guardian US; Katie Fretland, <br><br> Plaintiff(s), <br><br> v. <br><br> Robert Patton, in his capacity as Director, Oklahoma Department of Corrections; Anita Trammell, in her capacity as Warden of the Oklahoma State Penitentiary, <br><br> Defendant(s) | ) ) ) ) ) ) ) ) Case No. CIV-14-905 ) ) ) ) ) ) ) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiffs , The Oklahoma Observer; Arnold Hamilton; Guardian US; Katie Fretland .
(Plaintiff/Defendant)         (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Ryan Kiesel                    8-25-2014
Signature                         Date

Ryan Kiesel
Print Name

ACLU of Oklahoma Foundation
Firm

3000 Paseo Drive
Address

Oklahoma City,          OK              73103
City                    State           Zip Code

405-525-3831            405-524-2296
Telephone               Fax Number

rkiesel@acluok.org
Internet E-mail Address

REVISED 8/31/06

*Certificate of Service*

[✔] I hereby certify that on (date) August 25, 2014_____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

[ ] I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/Ryan Kiesel_____
s/ Attorney Name